**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Van Dyne; Barbara Van Dyne, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> Markel Insurance Company; Markel Corporation; Jim Calfee Insurance Agencies, Inc., <br><br> Defendants. | No. CV 07-759-PHX-JAT <br><br> **ORDER** |

Defendants removed this case based on alleged diversity jurisdiction. However, Defendants failed to allege sufficient facts for this Court to determine whether there is complete diversity among the parties. Specifically, one Plaintiff is a limited liability company.

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).

The only allegation made with respect to Plaintiff L.L.C. is "Plaintiff Lights On Motel and R.V. Park is an Arizona business entity." Doc. #1 at 2. This allegation is insufficient

1  because Defendants (as the parties asserting jurisdiction) must allege the citizenship of each
2  member of the L.L.C.
3      Therefore,
4      **IT IS ORDERED** that by May 11, 2007, Defendants shall file an amended notice of
5  removal that corrects this jurisdictional deficiency or this case will be dismissed for lack of
6  federal subject matter jurisdiction.
7      DATED this 30th day of April, 2007.

*James A. Teilborg*
United States District Judge